# ARMED SERVICES BOARD OF CONTRACT APPEALS

Petitions of -- )
)
Framaco-Epik-Metis, JV ) ASBCA Nos. 60359-962, 60360-963
) 60361-964, 60362-965
) 60363-966
)
Under Contract No. W912GB-10-C-0020 )

APPEARANCES FOR THE PETITIONER: Robert M. Moore, Esq.
Robert D. Windus, Esq.
Moore & Lee, LLP
McLean, VA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Brett R. Howard, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Europe

## DISMISSAL ORDER

The contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on its five claims, all of which were submitted between 3 October 2013 and 22 April 2015. In a conference call on 26 February 2016, petitioner's counsel informed the Board that the claim underlying the first of its petitions, ASBCA No. 60359-962, had been withdrawn, and that the contracting officer had issued final decisions on the claims underlying the remaining four petitions, ASBCA Nos. 60360-963, 60361-964, 60362-965, and 60363-966. In light of these circumstances, neither party objected to the petitions being dismissed as moot.

Accordingly, the Board dismisses the captioned petitions as moot.

Dated: 2 March 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA Nos. 60359-962, 60360-963, 60361-964, 60362-965, and 60363-966, Petitions of Framaco-Epik-Metis, JV, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals